IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dandridge-Clark, Belinda S

Printed: 11/25/08

Case Number: 04 B 20689
Judge: Goldgar, A. Benjamin
Filed: 5/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 7, 2008
Confirmed: September 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,430.39 |  |
| Secured: |  | 7,099.79 |
| Unsecured: |  | 441.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,155.20 |
| Trustee Fee: |  | 551.03 |
| Other Funds: |  | 183.10 |
| Totals: | 10,430.39 | 10,430.39 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,155.20 | 2,155.20 |
| 2. | Monterey Financial Services | Secured | 1,356.01 | 1,356.01 |
| 3. | General Motors Acceptance Corp | Secured | 5,743.78 | 5,743.78 |
| 4. | Capital One Auto Finance | Unsecured | 1,485.66 | 0.00 |
| 5. | Americash Loans, LLC | Unsecured | 44.61 | 44.61 |
| 6. | Monterey Financial Services | Unsecured | 51.00 | 51.00 |
| 7. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 8. | Dish Network | Unsecured | 111.82 | 111.82 |
| 9. | Nicor Gas | Unsecured | 97.34 | 97.34 |
| 10. | St James Hospital | Unsecured | 136.50 | 136.50 |
| 11. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | MCI Residential | Unsecured |  | No Claim Filed |
| 14. | Monoitronics Inc | Unsecured |  | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 16. | US Cellular | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
| 18. | T Mobile USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,181.92 | $ 9,696.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Dandridge-Clark, Belinda S | Case Number:  04 B 20689 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  5/27/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 111.65 |
| 4% | 26.61 |
| 3% | 17.09 |
| 5.5% | 98.54 |
| 5% | 38.68 |
| 4.8% | 59.28 |
| 5.4% | 199.18 |
| | $ 551.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

